# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES COHAN,<br>  Plaintiff,<br>v.<br>JUSTIN GLASGAU,<br>  Defendant. | Case No.: 2:21-cv-01171-GMN-NJK<br><br>**Order** |

Because the Court granted Plaintiff's request to proceed *in forma pauperis,* the Court screened the complaint pursuant to 28 U.S.C. § 1915. Docket No. 5. The Court found that Plaintiff's complaint was deficient. *Id.* at 2-4. As a result, the Court dismissed Plaintiff's complaint and granted Plaintiff leave to amend, requiring that an amended complaint be filed no later than September 21, 2021. *Id.* at 4. To date, the Court has not received an amended complaint or any request to extend the deadline for filing one. The Court will grant Plaintiff one final opportunity to amend his complaint.

Accordingly, the Court **ORDERS** that any amended complaint must be filed no later than October 27, 2021. Failure to comply with this order will result in the recommended dismissal of this case.

Dated: September 28, 2021

                                  _____
                                  Nancy J. Koppe
                                  United States Magistrate Judge