# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES COHAN,<br>  Plaintiff,<br>v.<br>JUSTIN GLASGAU,<br>  Defendant. | Case No.: 2:21-cv-01171-GMN-NJK<br><br>**REPORT AND RECOMMENDATION** |

On August 20, 2021, this Court granted Plaintiff's application for leave to proceed *in forma pauperis* and dismissed Plaintiff's complaint with leave to amend. Docket No. 5. The Court ordered Plaintiff to file an amended complaint no later than September 21, 2021. *Id.* at 4. When Plaintiff failed to timely comply with the Court's order, the Court ordered Plaintiff to file his amended complaint no later than October 27, 2021. Docket No. 6. The Court warned Plaintiff that "[f]ailure to comply with this order will result in the recommended dismissal of this case. *Id.*

To date, Plaintiff has not filed an amended complaint. *See* Docket. The undersigned therefore **RECOMMENDS** that this case be **DISMISSED** without prejudice.

IT IS SO ORDERED.

Dated: May 3, 2022.

               _____
               NANCY J. KOPPE
               UNITED STATES MAGISTRATE JUDGE

## **NOTICE**

This report and recommendation is submitted to the United States District Judge assigned to this case pursuant to 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation must file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file

a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).